**RODERICK et v**
**CANTON HOG RANCH CO ct**

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 18, 1933

Price Janson, Canton, and Roderick & Wingard, Canton, for plaintiffs in error.

Lynch, Day, Pontius & Lynch, Canton, for defendants in error.

For full opinion see 40 OLR 28; 189 NE 669; 46 Oh Ap 475.